**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



NOTICE OF INTENT TO DISMISS FOR WANT OF JURISDICTION
AND ORDER ON MOTION FOR EXTENSION OF TIME

Appellate case name:        In the Interest of T. L. B. , A. J. and L. J. v. Department of Family and
                            Protective Services

Appellate case number:    01-20-00655-CV

Trial court case number:   2019-02943J

Trial court:                313th District Court of Harris County

Upon reviewing the record, the Court notifies the parties that this appeal may be dismissed for want of jurisdiction because the record does not contain either a final judgment or an appealable interlocutory order. *See* TEX. R. APP. P. 42.3(a); *Lehmann v. Har-Con Corp*., 39 S.W.3d 191, 195 (Tex. 2001). Appellant L.W.'s pending motion for an extension of time to file her brief confirms that "no order, interlocutory or otherwise, has been entered to this day" and "this appeal was filed prematurely, before entry of the final order."

Accordingly, the Court may dismiss this appeal for want of jurisdiction unless you file a written response to this notice providing a detailed explanation, citing relevant portions of the record, statutes, rules, and case law, showing that this Court has jurisdiction over the appeal. *See* TEX. R. APP. P. 42.3(a), 43.2(f). **Any response must be filed within 7 days of the date of this notice.**

Briefing deadlines are **ordered** stayed pending the determination of our jurisdiction over the appeal. Accordingly, appellant's motion for an extension of time to file her brief is dismissed as moot.

It is so ORDERED.

Judge's signature: ____/s/ Sarah B. Landau_____
                                    Acting individually

Date: ___December 3, 2020_____